SAMUEL J. FARINA, Claimant, *v.* STATE OF NEW YORK, Defendant. (Motion No. 1681.)

Court of Claims, February 3, 1950.

*Dorwin W. Bulson* for claimant.

*Nathaniel L. Goldstein, Attorney-General (Robert J. Cooney, Jr.,* of counsel), for defendant.

GORMAN, J. The above-entitled motion seeking permission to file a claim for damages allegedly sustained through the negligence of the operator of a truck maintained by the New York National Guard must be denied upon the authority of *Goldstein* v. *State of New York* (281 N. Y. 396); *Kiely* v. *State of New York* (Ct. of Claims, Oct. 4, 1949, GREENBERG, J.), and *Newiadony* v. *State of New York* (276 App. Div. 59).

Order accordingly.